Frank M. PARRATT and Cindy
Parratt, Respondents,

v.

SWEEPSTER JENKINS EQUIPMENT
CO., d/b/a/ Jenkins Equipment Co.,
Inc., Appellant.

No. WD 49012.

Missouri Court of Appeals,
Western District.

Nov. 29, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 31, 1995.

Application to Transfer Denied
March 21, 1995.

Donald W. Vasos, Kansas City, for appellant.

Robert E. Gould, Kansas City, for respondents.

Before ELLIS, P.J., and BERREY and SMART, JJ.

**ORDER**

PER CURIAM.

Appeal from judgment entered on jury verdict for the Parratts in product liability action.

Judgment affirmed. Rule 84.16(b).